# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 20-85 (RBW) |
| | ) |
| JOSHUA WHITE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the United States Probation Office's Request for Presentence Study, it is hereby

**ORDERED** that, on or before February 1, 2021, the defendant shall SHOW CAUSE in writing as to why the evaluation proposed by the Probation Office should not be conducted.

**SO ORDERED** this 25th day of January, 2021.

REGGIE B. WALTON
United States District Judge